# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIME SANCHEZ, | No. 4:19-CV-00627 |
| Petitioner, | (Judge Brann) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## ORDER

### JULY 10, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Sanchez's 28 U.S.C. § 2241 petition (Doc. 1) is **DISMISSED** for lack of jurisdiction;

2. Sanchez's motion to cancel his pending transfer (Doc. 5) and motion to stay the proceedings (Doc. 10) are **DENIED** as moot;

3. Sanchez' motion for bail (Doc. 13) is **DENIED** because his motion does not raise a substantial question of law or fact; and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge